**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:                                                                                              Chapter 13

John W. Wells                                                                              Case No. 22-22472-cgm

                           Debtor.
-----------------------------------------------------------------x

## CREDITOR LOSS MITIGATION AFFIDAVIT

I, Catherine Galiano, being sworn, say:

I am not a party to this action, am over 18 years of age and reside in Nassau County.

On August 15, 2022, I served a true copy of this *"Creditor Loss Mitigation Affidavit"* upon the following parties via (first class mail, facsimile or email) at the following addresses:

*John W. Wells*
**c/o James J. Rufo**
Email: jrufo@jamesrufolaw.com

Pursuant to that request, the Debtor must provide the following documents:

✓     A copy of the Debtor's most recent federal income tax returns;

✓     A copy of the Debtor's last two (2) paycheck stubs, proof of social security income, pensions, or any other income received by the Debtor;

Or, if Debtor is self-employed:

✓     A copy of the Debtor's business' two (2) most recent months' profit and loss statements, setting forth a breakdown of the monthly business income and expenses *[for the months of]*;

✓     Letter of Hardship, signed and dated;

☐     Proof of second/third party income by affidavit of the party, including the party's last two (2) paycheck stubs,

☐     Other (please specify):

Please be advised that the Creditor designates the following person to be its Loss Mitigation contact:

Name: Edward J. Schwahl

Title: Mediation Specialist

Phone Number:     609.883.3900

Fax Number:  609.718.5127

Email Address:     mediations@Cenlar.com

Please be advised that the Creditor designates the following person to be its attorney for Loss Mitigation on this Loan.

Name:  Robyn E. Goldstein

Firm:    David A. Gallo & Associates, LLP

Phone Number:  516-583-5330

Fax Number:  516-583-5333

Email Address:     rgoldstein@msgrb.com

Dated: Nassau, NY
       August 15, 2022

_____
Catherine Galiano

Sworn to me this 15th day of August, 2022

*/s/ Robyn E. Goldstein*
Notary Public, State of New York
No. 02G06380368
Qualified in Queens County
Commission Expires September 4, 2022