# DAVID A. GALLO & ASSOCIATES LLP



| | |
|---|---|
| **New York Office:**<br>47 Hillside Avenue - Second Floor<br>Manhasset, NY 11030<br><br>**New Jersey Office:**<br>6 Horizon Road<br>Lobby Level<br>Fort Lee, NJ 07024<br><br>**Florida Office:**<br>600 N. Pine Island Road<br>Suite 175<br>Plantation, FL 33324 | David A. Gallo<br>Kathleen Clifford Gallo<br>*Robert M. Link<br><sup>*</sup> Member of N.Y. & N.J.<br><br>Daniel D. Angiolillo<br>Justice of the Appellate Division<br>Second Department, Retired<br>*Of Counsel*<br><br>NY Phone: (516) 583-5330<br>NY Fax: (516) 583-5333<br>NJ Phone: (201) 778-4400<br>FL Phone: (954) 686-7100 |

December 9, 2022

Judge Cecelia G. Morris
U.S. Bankruptcy Court, SDNY
300 Quarropas Street
White Plains, Ny 10601

                RE:    **In re: John W. Wells Case No. 22-22472-cgm**

Dear Judge Morris:

      Our office represents Cenlar FSB as servicer for Citibank, N.A. ("Cenlar") regarding the above referenced loss mitigation matter.

      On November 22, 2022, Debtor's application was deemed facially complete and referred to the underwriter for review. During this review, additional documentation may be requested. Currently, Debtor's application is still under review and no additional documents are being requested. The review may take up to 30 days to complete.

      Thank you for your time and attention to this matter.

                                          Respectfully submitted,

                                          */s/Robyn E. Goldstein*
                                          Robyn E. Goldstein