# The Law Office of James J. Rufo

1133 Westchester Avenue, Suite N-202 • White Plains, New York 10604
Phone (914) 600-7161 • Cell (845) 590-5187 • WWW.NYBKATTORNEY.COM

December 9, 2022

**VIA ECF**
Hon. Cecelia G. Morris
US Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

Re:   In re: John W. Wells, Chapter 13, Case No. 22-22472 (CGM)
      Notice of Adjournment

Dear Judge Morris:

The Law Office of James J. Rufo represents the debtor, John W. Wells, the ("Debtor") in his Chapter 13, Case No. 22-22472 (CGM).

Please be advised that Debtor's loss mitigation status conference currently scheduled for December 15, 2022, at 9:00 A.M. with creditors Cenlar FSB as servicer for Citibank, N.A., and SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust is adjourned to January 19, 2023, at 9:00 A.M. on consent by the parties.

Thank you for your timely attention to this matter.

Sincerely yours,

*/s/ James J. Rufo*
James J. Rufo, Esq.
*Attorney for the Debtor*