UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  :  Case No. 22-22472-cgm

John W. Wells,  :  Chapter 13

                    Debtor  :

### ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**: Cenlar FSB, as servicer for Citibank, N.A.

**Property Address**: 7 Fernwood Ave, Rye, NY 10580

**Last Four Digits of Account Number of Loan**: 6867

**File Date of Loss Mitigation request**: 7/22/2022

**Date of Entry of Loss Mitigation Order**: 8/9/2022

**Date of Entry of Order Approving Settlement** (*if any*): _____

**Other Requests for Loss Mitigation in this Case**: ✓ Yes __ No

    The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

| ☐ Loan modification | ☐ Surrender of property |
|---|---|
| ☐ Short sale | ✓ No agreement has been reached |
| ■ Other: _____ | |

    **ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.



**Dated: March 20, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**