UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Case No. 22-22472-shl |
| | : | |
| John W. Wells, | : | Chapter 7 |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**: SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

**Property Address**: 7 Fernwood Avenue

**Last Four Digits of Account Number of Loan**: 9019

**File Date of Loss Mitigation request**: 07/22/2022

**Date of Entry of Loss Mitigation Order**: 10/07/2022

**Date of Entry of Order Approving Settlement (*if any*)**: n/a

**Other Requests for Loss Mitigation in this Case**: __ Yes  _X_ No

   The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

   [] Loan modification                         ∆    Surrender of property

   ∆    Short sale                              []   No agreement has been reached

   X Other:  Outcome of the April 18th, 2023 Loss Mitigation Status hearing.

   **ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

**Dated: May 16, 2023**                        */s/ Sean H. Lane*
                                               **United States Bankruptcy Judge**