| | |
|---|---|
| James J. Rufo, Esq.<br>The Law Office of James J. Rufo<br>*Attorney for the Debtor*<br>222 Bloomingdale Rd., Suite 202<br>White Plains, NY 10605<br>(914) 600-7161<br>jrufo@jamesrufolaw.com | **HEARING DATE: NOVEMBER 14, 2024**<br>**HEARING TIME: 10:00 A.M.** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

IN RE:                                                                                       CHAPTER 7

    JOHN W. WELLS,                                                    CASE NO. 22-22472 (SHL)

           DEBTOR
----------------------------------------------------------X

### NOTICE OF HEARING ON MOTION FOR ORDER AMENDING ORDER ENTERED ON OCTOBER 26, 2023 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)(1)

**PLEASE TAKE NOTICE** upon the Motion of John W. Wells, by his attorney James J. Rufo, Esq., of The Law Office of James J. Rufo the undersigned will move this Court before the Hon. Sean H. Lane, U.S. Bankruptcy Judge, via Zoom[1], on the **14th** day of **November**, **2024 at 10:00 A.M.**, or as soon thereafter as counsel can be heard for an Order pursuant to Federal Rule of Civil Procedure 60(b)(1) Amending the Order entered by this Court on October 26, 2023, at Dkt. # 81, pursuant to Bankruptcy Rule 9019 Approving Stipulation To Surrender Real Property Signed; and for such other and further relief as to the Court may seem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion must be: (i) electronically filed with the Bankruptcy Court; (ii) delivered to Chambers of the Honorable Sean H. Lane, United States Bankruptcy Judge US Bankruptcy Court, Southern District of New York, 300 Quarropas Street, Room 147, White Plains, NY 10601; and (iii) served upon: (1) the Debtor; (2) Howard P. Magaliff - Chapter 7 Trustee, 6 East

---

[1] Zoom registration link: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

43rd Street, 21st Floor, New York, NY 10017, (3) Katherine Heidbrink, Esq., Friedman Vartolo, LLP, Attorneys for Secured Creditor, 1325 Franklin Avenue, Ste. 160, Garden City, NY 11530, (4) the Debtor's counsel The Law Office of James J. Rufo, 222 Bloomingdale Rd., Suite 202, White Plains, NY 10605, Attn: James J. Rufo, Esq., (5) and any other parties requiring notice, so as to be received no later than **5:00 p.m. on November ___, 2024.**

**PLEASE TAKE FURTHER NOTICE**, that you need not appear at the Hearing if you do not object to the relief requested in the Objection.

Date:   White Plains, NY
        October 24, 2024

                                      **THE LAW OFFICE OF JAMES J. RUFO**

By:   */s/ James J. Rufo*
      James J. Rufo, Esq,
      *Attorney for the Debtor*
      222 Bloomingdale Rd., Suite 202
      White Plains, NY 10605
      (914) 600-7161
      jrufo@jamesrufolaw.com